# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 66 WAL 2016

        Respondent      :    Petition for Allowance of Appeal from
                       :    the Order of the Superior Court
                       :

          v.              :
                       :
                       :

AKEEM WILLIE,               :
                       :
        Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.